AO 91 (Rev. 11/11) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
для the
Eastern District of Virginia


FILED
SEP 2 8 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) |
| v. | ) |
| | ) Case No. 1:18-MJ-464 |
| | ) |
| | ) |
| ELENA ALEKSEEVNA KHUSYAYNOVA | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __the year 2014 until the present__ in the county of __Alexandria__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to defraud the United States |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Reviewed by AUSA/SAUSA:
AUSA Jay Prabhu; SAUSA Alex Iftimie

David Holt, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 28 Sep 18

City and state: Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge