IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-MJ-464 |
| | ) | |
| ELENA ALEKSEEVNA KHUSYAYNOVA, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AMENDED ORDER TO SEAL**

The UNITED STATES, pursuant to Local Rule 49(B) of the Local Criminal Rules for the United States District Court for the Eastern District of Virginia, having moved for an amended order to seal the arrest warrant, the complaint, the affidavit in support of the complaint and arrest warrants, the September 28, 2018 motion and order to seal, the Motion to Seal, and proposed Order in this matter; and

The COURT, having considered the government's submissions, including facts presented by the government to justify sealing; having found that revealing the material sought to be sealed would jeopardize the government's coordination of efforts relating to the foreign influence activities in which the defendant has alleged to have participated; having considered less drastic alternatives, and finding none would suffice to protect the government's legitimate interest in concluding the investigation; and having found that this legitimate government interest outweighs at this time any interest in the disclosure of the material; it is hereby

ORDERED, ADJUDGED, and DECREED that, the arrest warrant, the complaint, affidavit in support of the complaint and arrest warrant, the September 28, 2018 motion and order to seal, and the Motion to Seal, and this Order be sealed until further Order of the Court.

The United States may, however, disseminate copies of and information about these documents to other U.S. federal agencies, foreign authorities, and victims, in order to execute the arrest warrant, coordinate federal government and law enforcement activity prior to unsealing, and provide information to victims.

/s/
John F. Anderson
United States Magistrate Judge

Date: October 1, 2018
Alexandria, Virginia

JOHN F. ANDERSON
U.S. MAGISTRATE JUDGE
EASTERN DISTRICT OF VIRGINIA