IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:18-MJ-464 |
| | ) | |
| ELENA ALEKSEEVNA KHUSYAYNOVA, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

FILED OCT 19 2018

## MOTION TO UNSEAL ARREST WARRANT, CRIMINAL COMPLAINT, MOTION, ORDER, AND AFFIDAVIT PURSUANT TO LOCAL RULE 49(B)

The United States of America by and through its attorneys, G. Zachary Terwilliger, United States Attorney, Eastern District of Virginia, and Jay V. Prabhu, Assistant United States Attorney, respectfully requests that the sealed arrest warrant, the complaint, the affidavit in support of the complaint and arrest warrant, the Motion to Seal, the Amended Motion to Seal, and the resulting Sealing Orders in this matter be unsealed.

This Office previously requested that these materials be sealed until the United States makes a motion to unseal.

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

By: _____
Jay V. Prabhu
Chief, Cybercrime Unit
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
jay.prabhu@usdoj.gov